# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cr-00124-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RONALD WYATT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Peter S. Christiansen, Esq., Richard E. Tanasi and the Christiansen Law Offices' Expedited Motion to Withdraw as Counsel of Record (#79), filed May 17, 2010. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Peter S. Christiansen, Esq., Richard E. Tanasi and the Christiansen Law Offices' Expedited Motion to Withdraw as Counsel of Record (#79) is **granted**.

DATED this 18th day of October, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge